# Court of Appeals
# of the State of Georgia

ATLANTA,  July 22, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1660. DAVID BROWN et al v. OSPREY COVE OWNERS' ASSOCIATION, INC.

Osprey Cove Owners' Association, Inc. ("Osprey Cove") sued David Brown and Tatiana Brown, and the Browns filed counterclaims. Osprey Cove filed a motion to dismiss the counterclaims, which the trial court granted on April 27, 2022. The Browns filed a notice of appeal from that order on June 9, 2022, and an amended notice of appeal on June 13, 2022. Osprey Cove has filed a motion to dismiss the appeal, arguing that it is untimely. We lack jurisdiction.

Our review of the record reveals that Osprey Cove's claims remain pending in the trial court. Consequently, the Browns were required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the trial court's order April 27, 2022 order. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). Their failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996). Osprey Cove's motion to dismiss is DENIED as MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/22/2022*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.